UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

                    CHAPTER 7

Joseph DiSalvo                      CASE NO.:11-70087
                                      JUDGE: Grossman
                          Debtor(s).

SS#: xxx-xx-3694
-----------------------------------------------------------X

## MOTION TO EXTEND STAY

**PLEASE TAKE NOTICE** that upon the annexed affirmation of HOWARD D. WEISINGER, attorney for Debtor, Joseph DiSalvo, and the exhibits annexed hereto, a motion will be made before the Honorable Robert E. Grossman, United States Bankruptcy Judge, Courtroom 860, at the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, P.O.B. 9013, Central Islip New York, 11722, on **February 9, 2011 at 9:30am** for the entry of an order pursuant to 11 USC Section 362(c)(3) to extend the automatic stay beyond thirty days, *a copy of the proposed order* is annexed hereto.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the relief sought must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, and served on counsel for debtor as well as a copy to Chambers of the Honorable Grossman at the above address together with proof by affidavit, admission or otherwise that copies have been properly served so as to actually be received not later than seven (7) days before the hearing date. If no timely objections are filed and served, the Court may grant the relief sought without further notice.

Dated: January 11, 2011
      Carle Place NY

                                          _____
                                          Howard D. Weisinger, Esq. hw 1773
                                          Attorney for Debtor(s)
                                          393 Old Country Rd., Suite 300
                                          Carle Place NY 11514
                                          (516) 997-0700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

                                                                   CHAPTER 7

Joseph DiSalvo                                           CASE NO.: 11-70087
                                                                   JUDGE: Grossman
                                      Debtor(s).

SS#: xxx-xx-3694                                 **AFFIRMATION**
-----------------------------------------------------------X

        HOWARD D. WEISINGER, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms the following under penalty of perjury:

1. I am the attorney for the debtors who filed a petition pursuant to 11 U.S.C. Chapter 7 on January 10, 2011.

2. As Debtor's attorney, I am familiar with the facts and circumstances of this case and the case dismissed within the past year.

3. The Debtor's instant Chapter 7 was filed in the Eastern District of New York, Brooklyn Division, and was assigned to the Honorable Robert E. Grossman.

4. The Debtor had a prior Chapter 7 dismissed within the preceding year. That case was numbered 10-77491 and was filed September 23, 2011by Debtor Pro Se.

5. The Petition and Schedules filed by debtor contained a number of deficiencies. Although the debtor did his best to file all schedules and statements, the Schedules A & B were not filed, but instead served upon the case Trustee, Mr. Pergament.

6. As a result of these two missing Schedules, the debtor's Petition was dismissed automatically under 11 U.S.C. Section 521(i).

7. But for the debtor's inexperience with the Bankruptcy filing procedures and requirements, the case would not have been dismissed.

8. All schedules and statements have been filed. Debtor is represented by counsel. The Court could conclude from the totality of the circumstances the case was filed in good faith and will proceed to discharge.

9. No prior application seeking the relief requested has been made. Debtor has served all creditors listed in the case with this motion to extend the stay as well as a proposed order.

WHEREFORE, Debtor respectfully requests this Court for the entry of an Order extending the stay beyond the thirty (30) days and for such other and further relief as this Court deems just and proper.

DATED: January 11, 2011
       Carle Place, New York

                                            Respectfully submitted,

                                            Howard D. Weisinger, Esq. hw/773
                                            Attorney for Debtor(s)
                                            393 Old Country Rd., Suite 300
                                            Carle Place NY 11514
                                            (516) 997-0700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

CHAPTER 7
Joseph DiSalvo                                  CASE NO.: 11-70087

Debtor(s).
SS#: xxx-xx-3694
-------------------------------------------------------X

## ORDER

Upon the application of Howard D. Weisinger, Esq., attorney for Debtor(s), Joseph DiSalvo, pursuant to 11 U.S.C. Section 362(c)(3) seeking to extend the automatic stay provided to the debtor under Section 362(a) beyond thirty (30) days, due notice having been given all creditors on November 16, 2010, and this matter coming on for hearing on December 10, 2010, and no opposition appearing thereto, it is hereby,

ORDERED, the automatic stay afforded the debtor under Section 362(a) of the Bankruptcy Abuse and Consumer Prevention Act of 2005 shall continue in full force and effect as to all creditors served with the motion, and it is further

ORDERED, that any creditor subsequently seeking relief from the automatic stay shall do so by motion with notice.

HON. ROBERT E. GROSSMAN
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

                                                                    CHAPTER 7

Joseph DiSalvo                                   CASE NO.: 11-70087
                                                                      JUDGE: Grossman
                            Debtor(s).

SS#: xxx-xx-3694
-----------------------------------------------------------X
                               AFFIRMATION OF MAILING

          PLEASE TAKE NOTICE the annexed Notice of Motion and Affirmation to Extend the Stay is a true and accurate copy in the above referenced Bankruptcy and was mailed to the parties listed herein by depositing the same with the proper postage pre-paid in a United States Mailbox by the undersigned attorney, duly admitted to practice before the Courts of the State of New York and this Court, and, who affirms said mailing on:

                                  January 11, 2011

DATED: 1/11/2011
        Carle Place NY

                                                                  Howard D. Weisinger, Esq. hw1773
                                                                            Attorney for Debtor(s)
                                                                      393 Old Country Rd., Suite 300
                                                                          Carle Place NY 11514
                                                                              (516) 997-0700

TO:   US Bankruptcy Court         U.S. Trustee's Office
        L.I. Federal Courthouse      L.I. Federal Courthouse
        290 Federal Plaza            560 Federal Plaza
        C. Islip, NY 11722           C. Islip, NY 11722

        Neil H. Ackerman, Esq.
        BARTON BARTON & PLOTKIN, LLP
        420 Lexington Avenue
        New York NY 10170

                          **SEE ATTACHED ADDITIONAL SERVICE LIST**

East Neck Nursing/Palir
134 Great East Rd
West Babylon, NY 11704


EMC Mortgage
POB 293150
Lewisville, TX 75029


Frank Rancano
19813 Hollis Ave
Saint Albans, NY 11412


Frank Sommers
103 West End Ave
Shirley, NY 11967


H. Sasson MD
1000 Northern Blvd
Great Neck, NY 11021


Home Depot/Midland Fund
7 Entin Rd.
Parsippany, NJ 07054


IRS
POB 7346
Philadelphia, PA 19101


IRS
11601 Roosevelt Blvd
POB 21126
Philadelphia, PA 19114


Janet & Rob D'Zurilla
76 East End Ave
Hicksville, NY 11801


Janet McCarthy
504 Avon Pl
West Islip, NY 11795


Jeff Marino
3680 Courtney Lane
Bethpage, NY 11714

Abrams Fensterman LLP
1111 Marcus Ave
New Hyde Park, NY 11042


Alvin Sarter
670 White Plains Rd.
Scarsdale, NY 10583


Capital Recovery
Recovery Management Syste
25 S.E. 2nd Ave, Ste 1120
Miami, FL 33131


Carl & Linda Prellwitz
c/oPalmeiri & Castiglione
250 Mineola Blvd
Mineola, NY 11501


Central Orthopedic
651 Old Country Rd
Plainview, NY 11803


Chase/DanielsNorelli
900 Merchants Concourse
Westbury, NY 11590


Ciro Savarese
3243 Ampere Ave
Bronx, NY 10465


CitiCards
10965 Decatur Rd
Philadelphia, PA 19154


Con Ed
4 Irving Place, Room 1875
New York, NY 10003


David Salvo
14 Deer Court
Brewster, NY 10509


Dorothy DeMarco
3421 Country Club Rd.
Bronx, NY 10465

JNL Funding
Hempstead Tpke
Farmingville, NY 11738


John DiMiceli
15A Rose Ave.
Glen Cove, NY 11542


Lloyds Realty
124 Front St
Greenport, NY 11944


Mary Ann DiSalvo
80 Main Parkway East
Plainview, NY 11803


MCI Verizon
8014 Bayberry Rd
Jacksonville, FL 32256


Michael Abbruzze
15 Chester Dr.
Yonkers, NY 10710


Michael Tiedemann
c/o Francis Fineo
40 Crossways Pk Dr
Woodbury, NY 11797


Mike Tamsett
200 Broad Hollow Rd
Melville, NY 11747


No. Shore LIJ
POB 27681
New York, NY 10087


Patricia Moore, Esq.
51020 Main Rd.
Southold, NY 11971


Paul & Karen Meyerowitz
8 Simpson Dr
Old Bethpage, NY 11804

Peter Gray/Realty Assoc
866 So. Second St
Ronkonkoma, NY 11779


Ralph & Ellen Peluso
82-09 155th Avenue
Howard Beach, NY 11414


Sommers Construction
103 West End Ave.
Shirley, NY 11967


Stephen Franciosa CPA
213 Fordham St.
Bronx, NY 10464


Stewart Title Ins.
707 Westchester Ave
West Harrison, NY 10604


Stuart Steinberg, Esq.
Heath Berger, Esq.
40 Crossways Park Dr.
Woodbury, NY 11797